## OPELOUSAS.

### No. 1072.

Martin Keough et al. vs. Colbert W. Foreman. .

Suit for settlement of partnership. Report of Auditors of account by no means conclusive In suits of this sort the fullest and freest inquiry is demanded, and rules of evidence must be so construed as to facilitate a thorough investigation of the facts.

### No. 1076.

Morgan's La. and Texas R. R. and S. S. Co. vs. Bourdier & Bellesein.

Matter in dispute not exceeding $1000, case transferred to Court of Appeals.

### No. 1085.

Emile A. Simoneaud vs. Mrs. Amarante Schexnayder.

This case involves only a question of fact.

### No. 1098.

Otto A. Weber et al. vs. G. R. Harris et al.

Tax sale invalid for want of proper assessment. No tender of amount paid for taxes necessary when the exact amount to be refunded is not known, and the amount paid was for taxes upon the property sold and other property of the same owner.

### No. 1103.

Lucinda R. Stephens, Widow, Tutrix, et al. vs. Ernest Morrow.

Petitory action. The evidence shows clearly the title of the property to be in defendant.

## SHREVEPORT.

### No. 21.

C. Flournoy, Undertutor, vs. J. D. Cawthorn, Sheriff, et al.

Case remanded for enquiry whether money alleged to have been loaned to a married woman under authority of the judge, was or not, in point of fact, loaned to the husband.

### No. 22.

A. G. Hodge, Tutor, et al. vs. Tom Grigsby et al.

City of Shreveport intervening in this case to claim the land in controversy, on the ground that "she then had pending before the Commissioner of the General Land Office of the United States an application to patent to her said lot No. one,"—discloses no cause of action.

### No. 31.

State of Louisiana vs. Percy Baker et al.

Suit on tax-collector's bond and against the sureties.     Defense of the latter on grounds altogether untenable.

### No. 41.

State of Louisiana ex rel. A. Blum vs. A. Currie, Mayor of the City of Shreveport.

Prohibition refused.